*E-FILED 10-19-2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENRY MORADO,<br><br>        Plaintiff,<br>  v.<br><br>COUNTRYWIDE BANK, FSB; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME LOANS SERVICING, L.P., BANK OF AMERICA CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and DOES 1-50, inclusive,<br><br>        Defendants.<br>_____/ | No. C09-04010 HRL<br><br>**ORDER REFERRING CASE FOR A RELATED CASE DETERMINATION** |

The instant action is hereby referred to the judge presiding in *Morado v. Countrywide Bank, et al.*, C09-03717 RMW (PVT), for a determination as to whether the actions are related within the meaning of Civil Local Rule 3-12.

IT IS SO ORDERED.

Dated:  October 19, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **5:09-cv-04010-HRL Notice has been electronically mailed to:**

2  Benjamin J.B. Allen ben.allen@bryancave.com, dennis.kissick@bryancave.com, jcchiri@bryancave.com

3

4  Christopher Louis Dueringer cldueringer@bryancave.com, delaram.seyedan@bryancave.com

5  **5:09-cv-04010-HRL Notice mailed to**:

6  Jagprit Singh Sekhon
   Strategic Litigation Law Group
7  111 Meridan Avenue
   San Jose, CA 95125
8
   Jagprit Singh Sekhon
9  5112 Churchill Avenue
   Westminster, CA 92683